UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEADFAST INSURANCE COMPANY, etc., )
)
                Plaintiff, )    2:10-cv-312-PMP-RJJ
)
vs. )
)
ASTORIA CORPORATION, etc., *et al*., )    **ORDER**
)
                Defendant. )
_____)

       IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 15, 2010.

       IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

       1.     Shall identify the discovery that has been completed;

       2.     Shall identify the discovery that remains outstanding;

       3.     Shall identify any pending discovery motions; and,

       4.     Shall detail all attempts to settle the case.

       DATED this __29th__ day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge