# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEADFAST INSURANCE CO., | |
| Plaintiff, | Case No. 2:10-cv-00312-PMP-GWF |
| vs. | **ORDER** |
| ASTORIA CORPORATION, *et. al.*, | |
| Defendants. | |

On February 8, 2011, Plaintiff filed a notice of pending settlement (#47). Accordingly,

**IT IS HEREBY ORDERED** that the briefing deadlines on Plaintiff's Motion to Compel (#45) are **stayed** pending the result of settlement discussions.

**IT IS FURTHER ORDERED** that the hearing scheduled for **Tuesday, March 1, 2011** on Plaintiff's Motion to Compel (#45) is **vacated**. If the parties do not reach settlement, they may request a new hearing date and briefing schedule from the Court on the motion to compel.

DATED this 18th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge