# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEADFAST INSURANCE CO., )
)
                       Plaintiff, )     Case No. 2:10-cv-00312-PMP-GWF
)
vs. )     **ORDER**
)
ASTORIA CORPORATION, *et. al.*, )
)
                   Defendants. )
_____ )

      This matter is before the Court on the Notice of Pending Settlement (#47) filed February 8, 2011.  Upon review and consideration,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery Responses (#45) is **vacated** without prejudice to refiling.

      DATED this 11th day of March, 2011.

                              _____
                              GEORGE FOLEY, JR.
                              United States Magistrate Judge