# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEADFAST INSURANCE CO., | 2:10-CV-00312-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| ASTORIA CORPORATION, *et al.*, | |
| Defendants. | |

Before the Court for consideration are the Findings, Recommendation and Order of the Honorable George W. Foley, Jr., United States Magistrate Judge (Doc. #57) entered June 17, 2011. Plaintiff filed an Objection to Magistrate Judge Foley's Report and Recommendation (Doc. #58) on July 1, 2011.

The Court has conducted a *de novo* review of the proceedings occurring before the Magistrate Judge. Based thereon, the Court finds that Plaintiff's Objection to the Magistrate Judge's Recommendation and Order (Doc. #58) must be overruled and the Recommendation and Order of the Magistrate Judge (Doc. #57) affirmed.

**IT IS SO ORDERED.**

In accord therewith, **IT IS FURTHER ORDERED** that Plaintiff shall have to and including **August 8, 2011** within which to file a motion for summary judgment.

///

1 **IT IS FURTHER ORDERED** that the Joint Pretrial Order in this case shall be filed within thirty (30) days after the Court decides any dispositive motions timely filed by the Parties.

DATED: July 18, 2011.

_____
PHILIP M. PRO
United States District Judge